IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY LA'SHAY WALLACE, #209172, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO.: 2:09-cv-274-TMH |
| EDWARD ELLINGTON, *et al.*, | ) ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. The petition pursuant to 28 U.S.C. § 2254 is TRANSFERRED to the United States District court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 22nd day of April, 2009.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE